IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:05CV29

| | |
|---|---|
| ROBERT B. STEEL, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AMERICAN CIRCUIT BREAKER ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. The undersigned notes that there is no record of a Rule 26(f) conference in this case and that on March 29, 2007 the Honorable Frank D. Whitney denied motions to dismiss and transfer.

**IT IS, THEREFORE, ORDERED** that the parties confer pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(A) and file a written report, jointly if possible, of that conference along with a proposed discovery plan, on or before **April 20, 2007**.

Signed: April 3, 2007

David C. Keesler
United States Magistrate Judge