IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:05CV29

| | |
|---|---|
| ROBERT B. STEEL,<br><br>                      Plaintiff,<br><br>v.<br><br>AMERICAN CIRCUIT BREAKER CORPORATION,<br><br>                      Defendants. | ORDER ADMITTING MARK R. JACOBS TO PRACTICE *PRO HAC VICE* |

Pursuant to LR 83.1(b) of this Court, and for good cause shown, the motion of Plaintiff's counsel for the admission *pro hac vice* of Mark R. Jacobs of the law firm of Kahn Kleinman in Cleveland, Ohio as counsel for Plaintiff in this action is hereby **GRANTED**.

Signed: May 29, 2007

_____
David C. Keesler
United States Magistrate Judge