IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:05CV29

| | |
|---|---|
| ROBERT B. STEEL,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN CIRCUIT BREAKER CORPORATION,<br><br>    Defendants. | **ORDER** |

  Upon motion, for good cause shown, with the consent of Plaintiff and pursuant to Local Rule 83.1(b), it is ordered that attorney Elizabeth Arana Fowler is hereby admitted <u>pro hac vice</u> for the purpose of representing Defendant American Circuit Breaker Corporation in the above-captioned action. Attorney C. Marshall Lindsay, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: July 17, 2007

_____
David C. Keesler
United States Magistrate Judge