**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:05-CV-29-MR-DCK**

| | |
|---|---|
| **ROBERT B. STEEL,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AMERICAN CIRCUIT BREAKER** ) | |
| **CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. The Court received a Report of Mediation today from certified mediator Charles V. Tompkins, Jr. stating that a mediation held on November 20, 2007 resulted in a full settlement. The undersigned expresses his appreciation to the parties and Mr. Tompkins for their efforts in reaching a satisfactory resolution of this case.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal of this matter on or before **December 31, 2007**.

Signed: November 26, 2007

David C. Keesler
United States Magistrate Judge